**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :         CHAPTER 13

Ana M. Ramos

       DEBTOR                            :         BKY. NO.  17-14541ELF13

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO RECONSIDER DISMISSAL ORDER was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                                  Respectfully submitted,

DATE: July 23, 2018                         _____/s/_____
                                          MICHAEL A. CATALDO
                                          CIBIK & CATALDO, P.C.
                                          1500 WALNUT STREET, STE. 900
                                          PHILADELPHIA, PA 19102
                                          (215) 735-1060