United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-14541-elf
Ana M. Ramos                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: YvetteWD          Page 1 of 2           Date Rcvd: Aug 01, 2018
                             Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db            +Ana M. Ramos,    1837 E. Tioga Street,    Philadelphia, PA 19134-2027
13965597      +Attn: Sierra Auto Finance, LLC Department,     Ascension Capital Group,    Account: XXXXX9470,
                P.O. Box 165028,    Irving, TX 75016-5028
13949313      +Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
13949318      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13949319      +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13949320       Fst Premier,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
13949322      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13949323       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                Harrisburg, PA 17120-0946
13949326      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                Chicago, IL 60661-3631
13950293      +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 02 2018 02:38:05      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 02 2018 02:37:38
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 02 2018 02:37:53      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: blegal@phfa.org Aug 02 2018 02:37:45      Pennsylvania Housing Finance Agency,
                211 N. Front Street,   Harrisburg, PA 17101,    U.S.A. 17101-1406
14014850       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2018 03:01:51
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                Office Systems, Inc.,   Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13949316       E-mail/Text: megan.harper@phila.gov Aug 02 2018 02:38:04      City Of Philadelphia,
                Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13949317       E-mail/Text: megan.harper@phila.gov Aug 02 2018 02:38:04      City of Philadelphia,
                Bankruptcy Unit,   15th Floor,    1515 Arch Street,   Philadelphia, PA 19102
13949311      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2018 03:01:42      Capital One,
                Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
13949314      +E-mail/Text: ecf@ccpclaw.com Aug 02 2018 02:37:19      Cibik & Cataldo, P.C.,
                1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13949321       E-mail/Text: cio.bncmail@irs.gov Aug 02 2018 02:37:21      I.R.S.,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
14019027      +E-mail/Text: blegal@phfa.org Aug 02 2018 02:37:45      PA Housing Finance Agency,    PO Box 8029,
                Harrisburg, PA 17105-8029
13996017       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 03:03:33
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13949324      +E-mail/Text: blegal@phfa.org Aug 02 2018 02:37:45      Pa Housing Finance Age,    PO Box 8029,
                Harrisburg, PA 17105-8029
13994416      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 02 2018 02:37:50      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
13949325      +E-mail/PDF: ais.sierra.ebn@americaninfosource.com Aug 02 2018 03:00:45      Sierra Auto,
                5005 Lbj Fwy,   Dallas, TX 75244-6145
14013230      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 02 2018 03:00:45
                Sierra Auto Finance, LLC,    P.O. Box 165028,   Irving, TX 75016-5028
14031790      +E-mail/Text: blegal@phfa.org Aug 02 2018 02:37:45      U.S. Bank National Association,
                c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13949327      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 02 2018 02:37:17
                Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225
13988097       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2018 03:01:15      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13949312       Carlos Mariano( (Step Father)
cr*           +Sierra Auto Finance, LLC,   P.O. Box 165028,    Irving, TX 75016-5028
13949315*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Aug 01, 2018
                               Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL A. CATALDO2    on behalf of Debtor Ana M. Ramos ecf@ccpclaw.com,    igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ana M. Ramos ecf@ccpclaw.com,    igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | Chapter 13 | |
| ANA M. RAMOS, | : | | |
| Debtor | : | Bky. No.  17-14541 ELF | |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **June 27, 2018  (Doc. #41 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The Debtor shall serve a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

**Date: August 1, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**